

# NUMBER 13-19-00553-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CITY OF DONNA, TEXAS,                                                          Appellant,

v.

IAM INSURANCE AGENCY,                                                         Appellee.

### On appeal from the County Court at Law No. 7 of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina
Memorandum Opinion by Justice Hinojosa**

Appellant, the City of Donna, Texas (the City), filed a notice of appeal from a

judgment rendered in favor of appellee, IAM Insurance Agency, in a lawsuit regarding the

City's award of a contract pertaining to insurance broker services.

The City's brief in the above cause was due on February 18, 2020. On February 27, 2020, the Clerk of this Court notified the City that its brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of this letter, the City reasonably explained the failure and the appellee was not significantly injured by the City's failure to timely file a brief. *See* Tex. R. App. P. 38.8(a); *id.* R. 42.3(b). To date, more than eleven months have passed and the City has not filed a response to the Court's directive. The City has failed to either reasonably explain its failure to file a brief, file a motion for extension of time to file its brief, or file its brief.

The Court, having examined and fully considered the documents on file and the City's failure to file its brief, is of the opinion that this appeal should be dismissed. *See id.* R. 38.8(a) (authorizing the court to "dismiss the appeal for want of prosecution," if appellant fails to timely file a brief, "unless the appellant reasonably explains the failure and the appellee is not significantly injured by the appellant's failure to timely file a brief"); *id.* R. 42.3(b),(c) (authorizing the court to dismiss an appeal "for want of prosecution" or "because the appellant has failed to comply with a requirement of [the appellate rules], a court order, or a notice from the clerk requiring a response or other action within a specified time"); *Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.). Accordingly, we dismiss this appeal for want of prosecution and because appellant failed to comply with the requirements of the appellate rules and directives from the Clerk. *See* Tex. R. App. P. 42.3(b),(c).

LETICIA HINOJOSA
Justice

Delivered and filed on the
4th day of February, 2021.

2